```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JESSICA TOWNS,

                Plaintiff,

  - against -

OFFSPRING BEAUTY CO.,

                Defendant.

25-cv-8124 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **January 2, 2026**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:  New York, New York
        October 15, 2025

                                        _____
                                           John G. Koeltl
                                        United States District Judge