UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA TOWNS,

               Plaintiff,

       - against -

OFFSPRING BEAUTY CO.,

               Defendant.

---

25-cv-8124 (JGK)

ORDER

 

**JOHN G. KOELTL, District Judge:**

    The telephone conference currently scheduled for Thursday, January 15, 2026, at 4:00 p.m. is continued to **4:30 p.m.**

    The plaintiff is directed to serve a copy of this order on the defendant by **January 12, 2026,** and to file proof of service on the docket by **January 14, 2026.**

SO ORDERED.

Dated:    New York, New York
           January 7, 2026

                                    _____
                                      John G. Koeltl
                           United States District Judge